# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## FAYETTEVILLE DIVISION

IN THE MATTER OF**:  SANFORD JACOBS**          CASE NO:  **13-03730-8-JNC**
    **ILA SANDERSON JACOBS**

## REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT |
|---|---|
| **SANFORD and ILA SANDERSON JACOBS**<br>**P.O. BOX 671**<br>**LUMBERTON, NC 28359** | **$4,018.00** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**October 6, 2021**           /s/ Joseph A. Bledsoe, III
              **JOSEPH A. BLEDSOE, III**
              **CHAPTER 13 TRUSTEE**
              **P. O. BOX 1618**
              **NEW BERN, NC  28563**
              **(252) 633-0074**